UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYMON MANDAWALA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-19-CV-635-JKP (HJB) |
| STRUGA MANAGEMENT d/b/a Vineyard Gardens, CONSUELO CORONA, JUAN MARTINEZ, and RAVEN RICCO, | § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court are Defendants' Fed. R. Civ. P. 12(e) Motion for More Definite Statement (Docket Entry 5), and *pro se* Plaintiff's Motion to Amend the Original Complaint (Docket Entry 21). Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 17.)

A hearing was held on the motions on November 15, 2019. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** that Plaintiff's Motion to Amend the Original Complaint (Docket Entry 21) is **GRANTED**, and Defendants' Fed. R. Civ. P. 12(e) Motion for More Definite Statement (Docket Entry 5) is **DENIED AS MOOT**. Defendants' deadline for answering or otherwise responding to the Amended Complaint is **December 13, 2019**.

**SIGNED** on November 15, 2019.

Henry J. Bemporad
United States Magistrate Judge