UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYMON MANDAWALA, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | SA-19-CV-635-JKP (HJB) |
| STRUGA MANAGEMENT d/b/a Vineyards Gardens; CONSUELO CORONA, Supervisor; JUAN MARTINEZ, Principal Maintenance; and REVEN RICO, Subject Property Agent, | | |
| Defendants. | | |

## AMENDED SCHEDULING DEADLINES

Before the Court is Defendants' Motion for Modification of Scheduling Order and Extension of Deadlines (Docket Entry 32), Plaintiff's response (Docket Entry 34), and Plaintiff's proposed Scheduling Order (Docket Entry 35). The Court has reviewed the parties arguments.

It is hereby **ORDERED** that Defendant's Motion for Modification of Scheduling Order and Extension of Deadlines (Docket Entry 32) is **GRANTED IN PART** as follows:

1. Unless exempted from initial disclosures through Federal Rule of Civil Procedure 26(a)(1)(B), all parties that have appeared in this action shall make their required Rule 26(a)(1) disclosures on or before **January 22, 2020**. To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

2. Parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **February 12, 2020**, and each opposing party shall respond, in writing, on or before **February 25, 2020**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings. If a settlement is reached, the parties should immediately notify the Court so the case may be closed.

3. On or before **January 29, 2020**, the parties shall file any motion seeking leave to amend pleadings or join parties.

4. Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **February 12, 2020**.

5. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **March 12, 2020**.

6. Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fourteen days of receipt of the report of the opposing expert.

7. Parties shall initiate all discovery procedures in time to complete discovery on or before **April 10, 2020**.

8. Counsel shall confer and file a joint report setting forth the status of settlement negotiations on or before **April 27, 2020**.

9. On or before **May 8, 2020**, parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims, *Daubert* motions, and motions to exclude or objections to expert witnesses. Federal Rule of Civil Procedure 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

10. The Court will set dates for trial and the final pretrial conference after receiving and reviewing filed dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, it will likewise set appropriate deadlines for trial and pretrial conference matters.

It is so **ORDERED**.

**SIGNED** on January 16, 2020.

Henry J. Bemporad
United States Magistrate Judge