UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SYMON MANDAWALA,
    *Plaintiff*,

v.                                                 No. SA-19-CV-00635-JKP

STRUGA MANAGEMENT, et al.,
    *Defendants*.

## FINAL JUDGMENT

    The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Findings of Fact and Conclusions of Law entered contemporaneously with this Final Judgment the Court has found in favor of Defendants. Having resolved all claims in this case, the Court DISMISSES this action with prejudice. Plaintiff takes nothing from his claims against Defendants.

    **It is so ORDERED this 15th day of July 2021.**

                                                      */s/ Jason Pulliam*
                                                      JASON PULLIAM
                                                      UNITED STATES DISTRICT JUDGE